UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

'08  SEP 24  P1 :08

CLERK U.S. DISTRICT COURT
BY:_____ DEPUTY CLERK
AT WICHITA, KS

JOAN HEFFINGTON, Individually,          )
and On Behalf of Minor Son, G.H.        )
                                        )
            Plaintiffs,                  )
                                        )
    vs.                                  )     File No. 07-4095-SAC
                                        )
DERBY UNIFIED SCHOOL  DISTRICT 260      )
                                        )
            Defendant.                   )
_____)

### PLAINTIFF'S MOTION TO DISMISS

Comes now the plaintiff, Joan Heffington, Individually, *pro se*, and on Behalf of Minor Son, G.H., and hereby files this Motion to Dismiss the above-captioned case.  In support, plaintiff states the following:

1.  The court has failed to appoint an attorney to represent the plaintiffs in this matter, even with substantial justification for doing so.

2.  The Tenth Circuit Court of Appeals ignored federal law and inappropriately tossed this case back into the Kansas District Court for dispositioning.  Plaintiff lost her $455 filing fee when this happened.

3.  Plaintiff is wasting her time and money.  This matter began when G.H. was in the fourth grade (he is now in the ninth grade), and the defendant appears to be working with the court system to drag this case out until he graduates from high school.

4.  There is too much corruption in the Kansas legal system, and in the school system, for justice to be rendered in this matter.

5.  The school system is non-compliant with federal law under Section 504 of the

Rehabilitation Act, and they have no intention of providing G.H. with the para assistance he needs in the classroom. This is in violation of his right to a "free and appropriate" education.

WHEREFORE, plaintiff respectfully requests that this case be dismissed for the reasons stated above. "Justice for *all*" in America is still an illusion.

Respectfully requested,

Joan Heffington, Appellant *pro se*
Individually, and on Behalf of
Minor Son, G.H.
7145 Blueberry Lane
Derby, Kansas 67037
Ph: 316-788-0901

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2008, a copy of the above and foregoing Plaintiff's Motion to Dismiss was filed with the United States District Court for the District of Kansas and deposited in the United States Mail, postage prepaid and properly addressed, to:

Mark A. Buck, KS # 9914
Fairchild & Buck, P.A.
832 Pennsylvania
P.O. Box 865
Lawrence, KS 66044-0865
*Attorney for Defendant Derby USD 260*

Joan Heffington, Appellant, *pro se*
Individually, and on Behalf of
Minor Son, G.H.
7145 Blueberry Lane
Derby, Kansas 67037
Ph: 316-788-0901

2.