# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

JOAN HEFFINGTON, on behalf
of Minor Son, G.M.,

      Plaintiffs,

vs.                                  Civil Case No. 07-4095-SAC

DERBY UNIFIED SCHOOL DISTRICT 260,

      Defendant.

## JUDGMENT IN A CIVIL CASE

This action came on for decision by the court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the Order (Dk. 36) filed on November 4, 2008, the plaintiff's case is dismissed with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiff recover nothing, the action be dismissed with prejudice, and the defendant, Derby Unified School District 260, recover costs from the plaintiff, Joan Heffington, on behalf of Minor Son, G.M.

Dated: November 4, 2008        TIMOTHY M. O'BRIEN, CLERK

                                       By   s/ Brenda M. Wessel
                                                 Deputy